U.S. DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JESSICA GSCHWEND, JUSTIN HODGES AND EMMA HODGES,<br><br>Plaintiffs,<br>vs.<br><br>ABBOTT LABORATORIES, ABBOTT LABORATORIES, INC.,<br><br>Defendants. | Civil Action No.: 1:22-CV-00197 |

## MOTION TO REMAND

Consistent with 28 U.S.C. § 1447(c), Plaintiffs Jessica Gschwend, Justin Hodges, and Emma Hodges move this Court to remand this action to the Circuit Court in Cook County, Illinois for lack of jurisdiction and/or improper removal.

In support of this Motion, Plaintiffs rely upon the following:

1. Abbott Laboratories' Notice of Removal (DE #1);
2. The Complaint in this Matter (DE #1-1);
3. Memorandum of law filed contemporaneously herewith.

Accordingly, Plaintiffs respectfully request that this case be remanded to the Circuit Court in Cook County, Illinois.

Dated: January 20, 2022

Respectfully submitted,

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV, Esq.*
(ARDC #6334061)
Benjamin A Gastel, Esq.**
(ARDC #6337307)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L Parks Avenue, Suite 200
Nashville, TN 37203
Phone: (615) 254-8801
Fax: (615) 255-5419
gerards@bsjfirm.com
beng@bjsfirm.com

*Counsel for Plaintiffs*
**Pro Hac Vice Motion pending*
***Pro Hac Vice Motion to be filed*

Kevin J. Conway (ARDC #0506516)
COONEY AND CONWAY
120 North LaSalle St., 30th Floor
Chicago, IL 60602
Ph: 312-236-6166
kconway@cooneyconway.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2022, I electronically filed the forgoing **MOTION TO REMAND** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

On this date I further caused to be served on each of the attorneys identified below, via the delivery methods indicated below, a copy of the foregoing document:

Stephen V. D'Amore
Bryce A. Cooper
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
sdamore@winston.com
bcooper@winston.com
Via the Clerk's eFiling Application

*Counsel for Defendants*

*/s/ J. Gerard Stranch, IV*
J. Gerard Stranch, IV
*Counsel for Plaintiffs*